IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GEORGE JESSE WHITE, II                                          PLAINTIFF

v.                        No. 4:23-cv-658-DPM

SCOTT MONTGOMERY, Sheriff,
Sheriff Dept.; CLIFFORD, Deputy,
Sheriff Dept.; YOUNGBLOOD,
Deputy, Sheriff Dept.; WILSON,
Deputy, Sheriff Dept.                                           DEFENDANTS

ORDER

Unopposed recommendation, *Doc. 8*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Strike recommended.  28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 October 2023