## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

GEORGE JESSE WHITE, II                                          PLAINTIFF

v.                              No. 4:23-cv-658-DPM

SCOTT MONTGOMERY, Sheriff,
Sheriff Dept.; CLIFFORD, Deputy,
Sheriff Dept.; YOUNGBLOOD,
Deputy, Sheriff Dept.; WILSON,
Deputy, Sheriff Dept.                                          DEFENDANTS

## JUDGMENT

White's amended complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

23 October 2023